## Bode, Allen (USANYE)

**From:** Bode, Allen (USANYE)
**Sent:** Thursday, July 07, 2011 10:25 AM
**To:** jconway@larussoandconway.com
**Cc:** Cox, Randy (USANYE)
**Subject:** Draft Solnin Plea

Joe,

We need to extend next week. Do you want to check if Lindsay will take in writing or set up at your convenience any day but Wednesday?



SOLNIN
PleaAgree 7.6.11...

```
Allen Bode
Assistant U.S. Attorney
Project Safe Childhood Coordinator
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722-4454
(631)715-7828
FAX (631)715-7922
```

1