UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

       - against -                                             12-CR-040 (ADS)

GILBERT SOLNIN,
    also known as "Gil Solnin" and Gil
    Solomon,"
                  Defendant.

– – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Karen L. Koniuszy from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Karen L. Koniuszy
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6072
    Fax: (718) 254-6076
    Email: karen.koniuszy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Karen L. Koniuszy at the email address set forth above.

Dated: Brooklyn, New York
       March 10, 2015

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: /s/ Karen L. Koniuszy
    Karen L. Koniuszy
    Assistant U.S. Attorney

cc: Clerk of the Court (ADS) (by ECF)